THE PEOPLE OF THE STATE OF NEW YORK v. EDWARD MEEHAN.— Motion to dismiss appeal granted. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. SAM STARR and Another.— Motion to dismiss appeal granted. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. JACOB ABRAMSON.— Motion to dismiss appeal granted. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. STERLING CLIFFORD WYMAN.— Motion to dismiss appeal granted. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. VICTOR ORZA, Otherwise Known as VICTOR ORREO.— Motion to dismiss appeal granted. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

JOSEPH RAIMONDO v. P. H. KEAHON, INC.— Motion to dismiss appeal granted, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

THOMAS BRODERICK v. RAISLER SPRINKLER CO., INC.— Motion to dismiss appeal granted, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

HILL RAYMOND v. RAY BERMAN.— Motion to dismiss appeal granted, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

JAMES DRURY and Others and RUDOLPH LANGFELDER and Others v. HENRY L. DOHERTY, as Survivor of FRANK W. FRUEAUFF and HENRY L. DOHERTY, Together Constituting the Firm of HENRY L. DOHERTY & COMPANY, and Others, Impleaded with GERTRUDE CORLESS.— Motion to dismiss appeal denied. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

MICHAEL J. MALONEY v. KNICKERBOCKER ICE COMPANY.— Motion to dismiss appeal denied with leave to renew if appellant do not use proper diligence in procuring copies of the exhibits. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

NASSAU GARMENT CORPORATION v. RAE GOTTLIEB; Impleaded with SAMUEL HYMAN.— Application denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

LOUIS COHEN v. EMERSON E. ROSSMOORE, Impleaded with DAVID KNOPFLER and Another.— Application granted. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.